# UNITED STATES DISTRICT COURT
## for the Southern District of the Indiana

United States of America        )
      v.                            )        Case No. 1:18-CR-00063-TWP-MJD-1
Ronald Fortson                   )        USM No. 16343-028

                                                              Mario Garcia
Date of Previous Judgment:    12/10/2018        Defendant's Attorney

**Order for Sentence Reduction Pursuant to Section 603(b) of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a modification of the imposed term of imprisonment based on the provisions of Compassionate Release, pursuant to 18 U.S.C. § 3582(c), having considered such motion, and taking into account the First Step Act of 2018, the factors set forth in § 3553(a), and applicable policy statements issued by the Sentencing Commission,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **37 months is reduced to Time Served as of July 13, 2020**.

## I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:

Previous Sentence Imposed:  **37 months**        Amended Sentence:  **Time Served as of July 13, 2020**
Previous Supervised Release Term Imposed: **2 years**        Amended Supervised Release Term: **3 years**

## II. SENTENCE RELATIVE TO AMENDED TERMS:

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☒ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

    Defendant's first year of supervised release shall be subject to home detention with GPS monitoring.

    The Defendant is further ORDERED to self-quarantine for 14 days following his release  from prison as he has been incarcerated at a facility in which persons have tested positive for the Coronavirus. Thereafter, he must comply with quarantine orders directed by medical staff and/or any state or local health authority in the jurisdiction (LaPorte County, Indiana) in which defendant resides.

    Following the 14 day quarantine, Defendant is required to seek and obtain verifiable employment.

## III. ADDITIONAL COMMENTS:

The Court finds that the defendant has exhausted all administrative rights to appeal with the Bureau of Prisons. And, there are extraordinary and compelling reasons that warrant this reduction.

Ronald Fortson
Page 2
First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

Except as provided above, all provisions of the judgment dated 12/10/2018 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___7/13/2020_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana